CONTE C. CICALA, State Bar No. 173554
*conte.cicala@clydeco.us*
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile: (415) 365-9801

Attorneys for Plaintiff
CORRADO TRADING LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRADO TRADING LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>USD 118,200.00, held by Wells Fargo Bank, N.A., *in rem* and XYZ CORPORATION, *in personam*,<br><br>Defendants. | Case No.:<br><br>IN ADMIRALTY<br><br>**IN REM WARRANT OF ARREST** |

**TO: THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**WHEREAS** a Complaint in admiralty was filed herein praying that process be issued for the arrest of the *in rem* defendant, *i.e.* USD 118,200.00, held by Wells Fargo Bank, N.A., located in San Francisco, California ("the Subject Funds").

**NOW THEREFORE**, you are commanded to arrest said Defendant Subject Funds and to detain same until further order of the Court respecting the same. You are also commanded to give due notice to all persons and entities having an interest in the property under seizure in the judicial district where the Defendant is seized.

IN REM WARRANT OF ARREST - 1

**DONE** on this 22nd day of September 2017.

BY: *Susan Ombriani*
Deputy Clerk of the Court

IN REM WARRANT OF ARREST - 2